UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FLORA WATKINS, )<br>)<br>Defendant. ) | Case No. 4:07CV748 CDP |

**MEMORANDUM AND ORDER**

I previously entered judgment in this case based on the parties' motion to approve a consent judgment. Plaintiff United States has now filed a motion for a bill of costs seeking $350.00 under 28 U.S.C. § 1920. This amount represents the filing fee paid by the United States. Defendant Watkins has not filed any objections to this motion and her time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the United States of American's motion for bill of costs [#5] is granted.

**IT IS FURTHER ORDERED** that the Clerk shall tax allowable costs in the amount of $350.00.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2007.